COURTROOM DEPUTY MINUTES   DATE: 11-6-2006
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 4:00 – 4:11 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB          DEPUTY CLERK: sql

CASE NO.: 2:06mj124-DRB            DEFT. NAME: Willie Davis

USA: Feaga                         ATTY: Illman
                                   Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
                                                 ( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

- ☐ kars.  Date of Arrest 11-3-06   or   ☐ karsr40
- ☒ kia.   Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ☐ kcnsl. Deft. First Appearance with Counsel
- ☐       Deft. First Appearance without Counsel
- ☒       Requests appointed Counsel   ☒ ORAL MOTION for Appointment of Counsel
- ☐ kfinaff. Financial Affidavit executed  ☐ to be obtained by PTSO
- ☒ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
- ☐        Deft. Advises he will retain counsel. Has retained _____
- ☐        Government's ORAL (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☒        Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ kdmhrg. **Detention Hearing** ☐ held; ☐ set for _____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. ORDER OF DETENTION PENDING TRIAL entered
- ☐ kocondrls. Release order entered. Deft. advised of conditions of release
- ☐ kbnd. ☐ BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
           ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☒ kloc.(LC) Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐        Preliminary Hearing  ☐ Set for _____
- ☐ ko.    Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl. Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐        Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ☐ karr.  ARRAIGNMENT SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
           ☐ Set for _____ Trial Term;  ☐ PRETRIAL CONFERENCE DATE: _____
           DISCOVERY DISCLOSURES DATE: _____
- ☐ krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt  **Waiver of Speedy Trial Act Rights Executed**